UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

BRIAN THOMAS MERRILL,

    Petitioner,

v.                                  CASE NO. 6:06-cv-1958-Orl-31DAB

SECRETARY, FLORIDA DEPARTMENT
OF CORRECTIONS, et al.,

    Respondents.

## ORDER REQUIRING THE REFILING OF THE PETITION
## ON AN APPROVED FORM

Petitioner filed a handwritten application for habeas corpus relief pursuant to 28 U.S.C. § 2254, which exceeds 45 pages in length and is in violation of local Rule 3.01(c). (Doc. No. 1). The petition also fails to comply with Rule 2(c) of The Rules Governing Section 2254 Cases in United States Courts, which provides that a habeas petition "shall specify all the grounds for relief . . . and shall set forth in *summary form* the facts supporting each of the grounds thus specified."[1] *See also Spaziano v. Singletary*, 36 F.3d 1028, 1031 n.2 (11th cir. 1994) ("Because of its prolixity, the petition filed in this case does not comply with that rule , and the district court could have struck it pursuant to Rule 2(e) . . . "). Consequently, Petitioner's Petition for Habeas Corpus Relief (Doc. No. 1), is hereby **STRICKEN**, and it shall be removed from the record and returned to Petitioner by the Clerk of Court.

---

[1] Rule 2 further requires that the form of the habeas corpus petition be substantially in the form approved by the Judicial Conference of the United States.

Within **TWENTY (20) DAYS** from the date of this Order, Petitioner shall refile his habeas corpus petition on the habeas corpus form provided as an attachment to this Order by the Clerk. Petitioner shall, as to each claim, set forth on the form itself a brief and concise description of the claim with supporting facts. Within the same time frame, Petitioner may file a *separate* memorandum of law providing legal argument in support of his claims, which shall not exceed twenty-five (25) pages in length. Petitioner shall also provide the Clerk with one (1) additional copy of the amended petition for each named Respondent. **This case will be dismissed without further notice if Petitioner fails to fully comply with this Order within the prescribed time period.**

**DONE AND ORDERED** at Orlando, Florida, this 22nd day of January, 2007.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies to:
pslc 1/22
Brian Thomas Merrill